IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No.:  15-cv-75-wmc

$5,996.00 U.S. CURRENCY,

Defendant.

---

ORDER FOR DEFAULT JUDGMENT

---

The United States of America, by its attorney, John W. Vaudreuil, United States

Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United

States Attorney, filed a Verified Complaint of Forfeiture *in rem* against the defendant

$5,996.00 U.S. currency.

The complaint alleged that the defendant currency was furnished or intended to

be furnished in exchange for a controlled substance, was proceeds traceable to such an

exchange, or was moneys used or intended to be used to facilitate a violation of Title II

of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.*  As such, the currency is subject

to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

Notice of this action was accomplished by personal service to all persons known

by the government to have an interest in the defendant currency.  Notice of the

forfeiture complaint was also published on the official internet government forfeiture

site www.forfeiture.gov from February 27, 2015, through March 28, 2015.  The notices

required that any claimant file a claim in this action.

No claim, answer, or responsive pleadings have been filed pursuant to Rule G (4)

and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

Forfeiture Actions.

The United States of America has made application to this Court for a default

judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.      The Default Judgment of Forfeiture is hereby entered whereby all right,

title, and interest in the defendant $5,996.00 is conveyed to the Plaintiff, United States of

America.

2.      The United States Marshal Service is directed to dispose of the defendant

currency in accordance with federal law.

DATED:  5/7/15

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 11th day of May 2015.

PETER OPPENEER, Clerk of Court
United States District Court

2